# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>GREGORY ALLEN WATERS, II,<br><br>   Defendant. | CASE NO.: 2:15-cr-00080-JCM-VCF<br><br>**ORDER** |

Presently before the court is the matter of *United States of America v. Waters*, case no. 2:15-cr-00080-JCM-VCF.  Gregory Allen Waters, II ("petitioner") filed a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255.  (ECF No. 74).  The court has examined the petition, which requests the court vacate his conviction and dismiss his indictment pursuant to the Supreme Court's decision in *Rehaif v. United States*, 139 S. Ct. 2191 (2019).  *Id.*

The court finds that further briefing is appropriate.  The United States of America ("respondent") shall file a response within twenty-one days from the date of this order.  Thereafter, petitioner will have fourteen days to file a reply.

Accordingly,

IT IS HEREBY ORDERED that respondent shall file a response to petitioner's motion to vacate, set aside, or correct sentence (ECF No. 74) no later than twenty-one (21) days from the date of this order.  If respondent files a response, petitioner's reply is due fourteen (14) days thereafter.

. . .

. . .

. . .

The clerk is instructed to file this order in the instant matter and in the related civil case, no. 2:20-cv-01076-JCM.

DATED June 19, 2020.

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　JAMES C. MAHAN
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE